JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN L. MENDEZ, | Case No. CV 11-4736-JFW (DTB) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| THE HONORABLE RAMPART, P.D., | |
| Defendants. | |

Pursuant to the Order Summarily Dismissing Action,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: March 5, 2012

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE